UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:19-CR-65-TAV-DCP-19 |
| | ) | | 3:21-CR-59-TAV-DCP-1 |
| CIARA M. REYNOLDS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

This criminal matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Debra C. Poplin on February 1, 2022 [Doc. 13].[1] In the R&R, Judge Poplin recommends that defendant's reporting obligations to the United States Probation Office be enhanced based on recent violations of her conditions of release. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).[2]

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendations and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 13]. The Court finds defendant violated her conditions of release, and accordingly, defendant's conditions of release are enhanced to the extent stated in the R&R.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

---

[1] Citations refer to filings in case number 3:21-CR-59.

[2] Defendant filed a notice indicating she has no objection to the R&R [Doc. 16].